# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-1743
LT Case No. 2021-DR-002210
_____

RYAN MALIN,

    Appellant,

    v.

REBECCA MALIN,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Christopher Sprysenski, Judge.

Michael McCormock, of Resident Legal Services,
Chattahoochee, for Appellant.

Cynthia M. Winter, of The Wheelock Law Firm, LLC, Orlando,
for Appellee.

August 11, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____